IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY,
FLORIDA

GENERAL JURISDICTION
DIVISION CASE NO.

ESTATE OF ALFREDO J. BARRERA
       Plaintiff,

vs.

WALGREEN CO. and
MELINDA D. DAVIS, RPH

       Defendants.
_____/

## COMPLAINT FOR WRONGFUL DEATH PURSUANT TO FLORIDA STATUTE 768.21 AND DAMAGES; AND DEMAND FOR JURY TRIAL

The Plaintiff, ESTATE OF ALFREDO J. BARRERA sues Defendants, WALGREEN CO. and MELINDA D. DAVIS RPH and alleges that:

### JURISDICTIONAL ALLEGATIONS, IDENTIFICATION OF PARTIES

1. This is an action for damages in excess of Fifty Thousand ($50,000.00) Dollars exclusive of interest and costs.

2. At all times material hereto, the *Decedent, ALFREDO J. BARRERA, ("BARRERA") was prior to his untimely death, a resident of Miami-Dade County, Florida and otherwise *sui juris*.

3. At all times material, the Plaintiff, AYVI SALCEDO was and at the time of the service of this Complaint, the surviving spouse of the Decedent, BARRERA, and qualified to be the Personal Representative for the ESTATE OF ALFREDO J. BARRERA, deceased.

1

4. Decedent's surviving spouse, AYVI SALCEDO, married him on May 21, 2007, and is the proper person to act as the Personal Representative of the ESTATE OF ALFREDO J. BARRERA, for the filing of the Decedent's wrongful death action pursuant to Florida Statute §768.21

5. At all times material, AYVI SALCEDO, as the surviving spouse may act as the Personal Representative of the Decedent's Estate, and on behalf of the Estate as the sole survivor for the Decedent's wrongful death action.

6. At all times material, the children of the Decedent, BARRERA, had reached majority, (ages 38, 37 and 35, respectively) and are therefore not survivors of the estate for purposes of damages.

7. Defendant, WALGREEN CO. ("WALGREENS") is a Delaware corporation with its principal place of business located at 108 Wilmot Road, Deerfield, Illinois 60015. WALGREENS is an entity registered in the States of Delaware and Illinois.

8. At all times material hereto, Defendant, WALGREENS, conducted business within the State of Florida and specifically, within Miami-Dade County, Florida, and is subject to the laws of the State of Florida including Florida Statute §768.21.

9. Defendant, WALGREENS, is otherwise *sui juris* to Miami-Dade County, Florida and is and was a corporation authorized to do business in and throughout Miami Dade County, Florida. Defendants WALGREENS may be served with process of this Court via service upon its registered agent, located at Prentice-Hall Corporation System, Inc., 1201 Hays Street Suite 105, Tallahassee, FL 32301.

10. Defendant, WALGREENS, derived substantial revenue from the mass handling of vaccines and inoculations without sufficient trained personnel and dispersed Covid-19

vaccines to the public and to the Decedent, ALFREDO J. BARRERA, with advertisements and announcements of the Covid-19 inoculations, within the State of Florida, which made mass profit for Defendant, WALGREENS. Specifically, upon reasonable belief, the Defendant, WALGREENS, operated a pharmacy store #11481 located at 52 East Palm Drive, Florida City, FL 33034, which profited from the inoculations and shared that profit by way of bonuses and overtime, with the attending pharmacist and staff.

11. At all times material hereto, Defendant, MELINDA D. DAVIS, RPH ("DAVIS RHP") is believed to be a resident of Miami-Dade County, Florida, and is *sui juris*.

12. Defendant, DAVIS RHP, was an all-times material a Florida registered pharmacist, duly employed and was in the scope and course of her employment with the Defendant, WALGREENS at its Miami-Dade County storefront #11481.

13. Defendant, WALGREENS, provided to its pharmacies and other inoculation facilities a series of health care questionnaires for each of its facilities, requiring a studied review by a pharmacist in consultation with the customer upon completion by the customer and *prior* to the administration of any Covid-19 inoculations. However, due to the mass population for inoculation, the Defendant, WALGREENS, willfully and grossly failed to provide proper training and staff for the healthcare evaluation of the risks involved, and as such constitutes willful misconduct.

14. Defendant, WALGREENS, specifically authorized its employee Defendant, DAVIS RPH, at store #11481, to provide Covid-19 inoculations, without a medical prescription and as a condition precedent required their customers including Decedent, BARRERA, to complete and fill-out their health care information on a form supplied by Defendant, WALGREENS.

15. Defendant, WALGREENS' protocol required the pharmacist to go over the questionnaire with customers seeking Covid-19 inoculations to determine if the customer may or could be at risk of harm or death based upon pre-existing conditions which required a medical doctor's assessment and review, but due to the mass inoculation protocol and profit motive the Defendants WALGREENS and DAVIS RPH, failed to review those forms with BARRERA which constitutes willful misconduct.

16. At all times material, the Defendant, WALGREENS, employed and supervised Defendant, DAVIS RHP, who was required to review customer's healthcare history and information with Decedent, BARRERA, after Decedent completed the questionnaire and prior to any Covid-19 inoculation, but although evident by the unknown condition, willfully failed to defer this customer for medical clearance, which would cause a loss of profit to Defendant, WALGREENS.

17. Upon information and belief, Defendant, WALGREENS, promulgated, published, and implemented a protocol for mass inoculations which were known to be below the standards of care, administrative and healthcare management at each of its facilities and, as such, was engaged in the practice to acquire an enormous profit by providing to the public and the Decedent, BARRERA, Covid-19 inoculations in an assembly-line manner, which constituted willful misconduct.

18. Defendant, WALGREENS, employed but willfully failed to supervise Defendant DAVIS RHP, licensed pharmacist in the State of Florida who held herself out as a specialist and certified for Covid-19 inoculations, therefore the Defendant, WALGREENS, is vicariously liable for the actions and negligence of Defendant, DAVIS RHP, which constitutes willful misconduct by not requiring Decedent, BARRERA, to obtain medical clearance.

19. Defendant, WALGREENS, willfully failed to review and react appropriately to the Decedent's completed healthcare services questionnaire prior to any Covid-19 inoculation and its willful misconduct violated its own protocols which required the on-duty pharmacists at each of its locations to deny Covid-19 inoculation if any healthcare risks appeared in the responses to the questionnaire, which was intended to defer Covid-19 inoculations pending medical evaluation of the customer, including the Decedent, BARRERA.

20. Defendants, WALGREENS and DAVIS RHP, maintained liability insurance for negligence in the administration of Covid-19 inoculations for its customers and the failure to provide warnings of healthcare risks arising from the inoculations was specifically extended for coverage to the customers who are third party beneficiaries of the insurance coverage, therefore, the insurance carrier is the real party in interest regarding damages incurred.

21. Defendant, WALGREENS, agreed to uphold the high standards with regard to the type of pharmacy practice permitted within the facility and to uphold the high standards of care and pre-diagnostic risk assessment prior to Covid-19 inoculations, recognized as acceptable and appropriate by a reasonably prudent pharmaceutical provider, which standards were willfully ignored, which constitutes gross misconduct.

## FACTS

22. On July 27, 2021, at approximately 8:15 p.m., Decedent, BARRERA traveled to the Florida City location for the Defendant, WALGREENS, pharmacy for his first Pfizer COVID-19 inoculation. As part of that process, the Defendant, WALGREEN'S protocol required and Decedent, BARRERA, fill out his healthcare information on the preprinted blank

form entitled, *Vaccine Administration Record* in "order to determine [his] eligibility to be vaccinated."

23. On July 27, 2021, Decedent, BARRERA filled out the WALGREENS' healthcare questionnaire and provided it to the WALGRENS' staff which directed the Decedent to fill in the blanks. Decedent BARRERA complied setting forth in his own handwriting in response to Question 9 on that VAR Form:

| Do you have any chronic health condition such as cancer, chronic kidney disease, immuno compromised, chronic lung disease, obesity, sickle cell disease, diabetes, **heart disease?  (Emphasis supplied)** | X **<u>Don't know</u>** |
|---|---|

*See* Vaccine Administration Record [VAR] dated 07/27/21 (attached hereto as **Exhibit "A"**).

24. At no point in time did any staff of WALGREENS of Defendant, DAVIS RPH, review the Decedent BARRERA's VAR Form prior to or after inoculation.

25. Defendant, DAVIS RPH proceeded to administer the Pfizer Covid-19 vaccination to ALFREDO J. BARRERA, ignoring BARRERA's written responses to the questions, and in willful disregard of the known risks that vaccination without medical clearance would have on ALFREDO J. BARRERA, arising from those unknown conditions (see paragraph 23 Above), which required clearance by a medical doctor.

26. Moreover, *Section D, Section E, Section F and Section G* on that VAR Form were all left completely blank, whereby the pharmacist, Defendant, DAVIS RPH, was required to initial that she "reviewed the Patient Information and Screening Questions" before providing a vaccination to Decedent, BARRERA, in that the protocol required written signed responses by the customer to ensure that "this vaccine is appropriate for this patient" however, the Defendants,

DAVIS and RPH, failed comply with the required protocol in that requirement for medical clearance would lower the profit per person being made by the Defendant, WALGREENS.

27.     The form specifically stated that *Section E* must be completed "**BEFORE vaccination occurs.**" *Id.* (*Emphasis in original*).

28.     Moreover, the pharmacist, Defendant, DAVIS RPH, within the scope of her employment and on behalf of Defendant, WALGREENS, willfully ignored the protocol regarding "complete" Section F "**DURING the patient interaction**" (*Emphasis in original*), because of the volume of patient's *vis a vis* the profit to be made by such volume. Section F requires the pharmacist to "review the **Screening Questions** with the patient." *Id.* (*Emphasis in original*).

29.     On July 28, 2021, within hours of the time the Defendant, DAVIS RPH, at the above location of WALGREENS, grossly and willfully administered the Covid-19 vaccine to Decedent, BARRERA, operators at 911 were called and paramedics diagnosed BARRERA as having suffered a cardiac arrest.

30.     The medical condition of Decedent, BARRERA, at the time of death was determined to be hypertensive and atherosclerotic cardiovascular disease, which would have been discovered by a full cardiac exam by a medical doctor had the defendants WALGREENS and DAVIS RPH reviewed the questionnaire with the patient and advised the Decedent to obtain medical clearance prior to inoculation.  However, Defendants, WALGREENS and Defendant, DAVIS RPH, failed to warn the Decedent of the risks including death written in the VAR Form (BARRERA's responses) failed to advise the Decedent, BARRERA, to defer administering the Covid-19 inoculation until a medical doctor evaluated and cleared Decedent, BARRERA, related to the unknown conditions noted in his questionnaire.

7

31. Decedent, BARRERA, subsequently died that same day, on July 28, 2021, at Jackson Memorial Hospital. The Autopsy Report revealed that ALFREDO J. BARRERA suffered an anaphylactic reaction following the Pfizer Covid-19 vaccination.

32. Defendants, WALGREENS and its employee, Defendant. DAVIS RPH, failed to follow the safety protocols as set forth in the VAR Form, which proximately caused injury and ultimate death to Decedent, BARRERA.

## COUNT I – NEGLIGENCE CLAIM AGAINST
## DEFENDANTS, WALGREEN CO. AND MELINDA D. DAVIS, RPH

33. Plaintiff repeats and realleges the allegations of paragraphs 1 through 32 as if fully set forth herein.

34. Defendant, WALGREENS, by and through its officers, agents, servants, and/or employees including but not limited to its pharmacist, Defendant, DAVIS RHP, had a duty to use reasonable and due care to properly dispense vaccinations to persons including, Decedent BARRERA.

35. Defendant, WALGREENS and Defendant, DAVIS RPH, knew or should have known of the widespread studies relating most deaths which occurred within a week from last Covid-19 vaccination, as being related to and/or associated with the cardiovascular system. Independent studies determined from autopsies held, that a cardiovascular disease or condition significantly increased a person's chances for death following the Covid-19 vaccination.

36. Upon BARRERA revealing that he did not know of the noted health conditions such as heart disease or being immuno-compromised prior to being administered the vaccine, the Defendants, WALGREENS and DAVIS RHP, had a duty to discuss the risks with Decedent, BARRERA, and thereupon, to deny the patient inoculation until after a medical doctor had examined Decedent, BARRERA, to clear him for the Covid-19 vaccination.

37. The mass process for inoculations at Defendant, WALGREENS, included the required signature in a Hold Harmless Agreement, a segment of same is set forth hereinbelow,

> I understand that it is not possible to predict all possible side effects or complications associated with receiving vaccine(s). I understand the risks and benefits associated with the above vaccine(s) and have received, read and/or had explained to me the EUA Fact Sheet on the vaccine(s) I have elected to receive. I also acknowledge that I have had a chance to ask questions and that such questions were answered to my satisfaction. Further, I acknowledge that I have been advised that the patient should remain near the vaccination location for observation for approximately 15 minutes after administration. On behalf of the patient, the patient's heirs and personal representatives, I hereby release and hold harmless each applicable Provider.

38. The forgoing Hold Harmless Agreement required explanations of healthcare risks but it did not provide for possible death from the inoculation, and further due to the mass inoculation protocol, Defendants willfully did not go over this form with the Decedent and did not complete page 2, sections F and G of the VAR Form which required the Pharmacist to review the Screening Questions with the patient. The failure to review the form with the patient constitutes willful misconduct by the provider.

39. At the very least, Defendant, WALGREENS and Defendant, DAVIS RPH, had an express duty to warn Decedent, BARRERA, of the possible risks to his person or risk of death from inoculation prior to the execution of the Hold Harmless Agreement, in the event that he had any of the "unknown" health conditions set forth in the VAR Form. However, any such known endangerment was knowingly concealed from the Decedent, BARRERA by Defendant, WALGREENS. Defendant WALGREENS and Defendant DAVIS RPH willfully failed to review the form with the Decedent, BARRERA, because of insufficient trained personnel therefore, by willfully failing to defer inoculation pending medical doctor clearance, the

Defendants, WALGREENS and DAVIS RPH, were grossly negligent and violated their own internal protocols.

40. Defendant, WALGREENS, employed and supervised Defendant, DAVIS RHP, and therefore, is vicariously liable for the actions, negligence and willful misconduct of Defendant, DAVIS RHP.

41. Decedent, BARRERA, started having difficulty breathing and general malaise shortly after receiving the Pfizer Covid-19 vaccination administered by Defendants, WALGREENS and DAVIS RPH.

42. Shortly after receiving the Pfizer Covid-19 vaccination administered by the pharmacist Defendant, DAVIS RPH at WALGREENS, Decedent, BARRERA died. Thereupon, the autopsy report confirmed that the cause of death as "Hypertensive and Arteriosclerotic Cardiovascular Disease with contributory factor of Anaphylactic Reaction Following Vaccination," the reaction to the Pfizer Covid-19 inoculation which was the proximate cause of the Decedent, BARRERA, suffering a fatal heart attack.

43. The, Defendants, WALGREENS, by and through its officers, agents, servants, and/or employees including but not limited to its duly employed pharmacist, Defendant, DAVIS RPH, were negligent and breached its/their duties by doing or failing to do one or more of the following acts, and therefore proximately caused and contributed to the untimely and premature death of the Decedent, BARRERA, arising from any, or all of omissions and commissions set forth hereinabove and hereinbelow which were and are departures from the prevailing standards and protocols:

    a)    Negligently and carelessly administering the Pfizer Covid-19 vaccine without first reviewing the Patient Information and Screening Questions on the VARS Form;

b)  Negligently and carelessly administering the Pfizer Covid-19 vaccine without first reviewing the Patient Information and Screening Questions on the VARS Form in person with the Decedent, BARRERA, and providing the available information of the health risks associated with the Covid-19 inoculation, including the risk of death;

c)  Negligently and carelessly administering the Pfizer Covid-19 vaccine to the Decedent, BARRERA, without first reviewing the Patient Information and Screening Questions with the patient as required by its own protocol;

d)  Negligently and carelessly administering the Pfizer Covid-19 vaccine to the Decedent, BARRERA, without complying with requirements of the VARS Form to deny or decline inoculation pending the appropriate medical doctor's authorization to proceed with the inoculation;

e)  Negligently and carelessly dispensing the Covid-19 vaccine without first obtaining a knowing consent by concealing the adverse health effects from the Decedent, BARRERA, which would likely occur after the administration of the Covid-19 vaccine including possible death, unless clearance first by a medical doctor, and therefore, such inoculation was administered to Decedent, BARRERA, without his knowing consent.

44. As a direct and proximate result of the negligence of the Defendants, as aforesaid, Plaintiff, the ESTATE OF ALFREDO J. BARRERA and the Decedent's wife, AYVI SALCEDO suffered damages and losses arising from the pain suffered by the Decedent, BARRERA, prior to the time of death, the expense of hospitalization, loss of consortium, loss of earnings, loss of ability to earn money to support his family, and other losses set forth and allowable under Florida's Wrongful Death Act Florida Statute § 768.21.

**WHEREFORE**, Plaintiff, THE ESTATE OF ALFREDO J. BARRERA, demands judgment against the Defendant, WALGREENS, and Defendant, DAVIS, RPH, individually and jointly, for compensatory damages, loss of consortium, loss of earnings, together with the lawful costs and expenses of this lawsuit against the Defendant, WALGREENS and Defendant, DAVIS, RPH, and for such further relief under F.S. §768.21 as this Court deems just and proper under the circumstances.

The Plaintiff demands a trial by jury of all issues so triable as a matter of right.

Dated: July 26, 2023.

>	RONALD I. STRAUSS, ESQ., PA.
>	RONALD I. STRAUSS, P.A
>	550 Biltmore Way, Suite 780
>	Miami FL 33134-5784
>	Office (305) 285-4100
>	Facsimile (305) 350-2001
>	E-mail: rslawpa@ronstrausslaw.com
>	Service E-mail: pleadings@ronstrausslaw.com
>
>	By /s/Ronald I. Strauss
>	RONALD I. STRAUSS
>	Florida Bar No. 078825
>
>	and
>
>	ALBA VARELA, ESQ.
>	AV PROFESSIONAL ASSOCIATION
>	3211 Ponce de Leon Blvd. Ste 200-204
>	Coral Gables FL 33134
>	Telephone: (305) 858-4811
>	Cellular: (305) 992-5190
>	E-mail: avarela.avlegal@gmail.com
>	         avarela.private@gmail.com
>	         avarela@av-legal.com
>
>	By /s/Alba Varela
>	ALBA VARELA, P.A.
>	Florida Bar No. 0117552

# EXHIBIT "A"

## Vaccine Administration Record (VAR) — Informed Consent for Vaccination

*Walgreens*

Store number: _____
Rx number: _____
Store address: _____

### SECTION A — Please print clearly

First name: ALFREDO       Last name: BARRERA
Date of birth: 09/30/1959   Age: 61   Gender: ☐ Female ☑ Male   Phone: 305-301-1367
☐ I wish to receive text message alerts regarding my prescriptions.
Home address: 3379 SE 1st Court       City: Homestead
State: FL   ZIP code: 33033   Email address: Barre2300@aol.com
Race: ☐ American Indian or Alaska Native  ☐ Asian  ☐ Native Hawaiian or Other Pacific Islander  ☐ Black or African American  ☑ White  ☐ Other Race  ☐ Unknown
Ethnicity: ☑ Hispanic or Latino   ☐ Not Hispanic or Latino   ☐ Unknown ethnicity

Walgreens will send vaccination information from this visit to your doctor/primary care provider using the contact information provided below.
Doctor/primary care provider name: NA       Phone: _____
Address: _____  City: _____  State: _____  ZIP code: _____

I want to receive the following vaccination(s): _____

### SECTION B — The following questions will help us determine your eligibility to be vaccinated today.

**All vaccines**

1. Do you feel sick today? — ☐ Yes ☑ No ☐ Don't know
2. Have you been diagnosed with or tested positive for COVID-19 in the last 14 days? — ☐ Yes ☑ No ☐ Don't know
3. In the past 14 days have you been identified as a close contact to someone with COVID-19? — ☐ Yes ☑ No ☐ Don't know
4. Do you have a history of allergic reaction or allergies to latex, medications, food or vaccines (examples: polyethylene glycol, polysorbate, eggs, bovine protein, gelatin, gentamicin, polymyxin, neomycin, phenol, yeast or thimerosal)? — ☐ Yes ☑ No ☐ Don't know
   If yes, please list: _____
5. Have you ever had a reaction after receiving a vaccination, including fainting or feeling dizzy? — ☐ Yes ☑ No ☐ Don't know
6. Have you ever had a seizure disorder for which you are on seizure medication(s), a brain disorder, Guillain-Barré syndrome (a condition that causes paralysis) or other nervous system problem? — ☐ Yes ☑ No ☐ Don't know
7. Have you received any vaccinations or skin tests in the past eight weeks?
   If yes, please list: _____
8. Have you ever received the following vaccinations? ☐ Pneumonia: Date received NA  ☐ Shingles: Date received NA  ☐ Whooping cough: Date received NA — ☐ Yes ☐ No ☑ Don't know
9. Do you have any chronic health condition such as cancer, chronic kidney disease, immunocompromised, chronic lung disease, obesity, sickle cell disease, diabetes, heart disease?
   If yes, please list: _____ — ☐ Yes ☐ No ☐ Don't know
10. For women: Are you pregnant or considering becoming pregnant in the next month? — ☐ Yes ☑ No ☐ Don't know
11. **For COVID-19 vaccine only:** Have you been treated with antibody therapy specifically for COVID-19 (monoclonal antibodies or convalescent plasma)?

**For chickenpox, MMR® II, shingles, Vaxchora®, yellow fever only:**
Answer the following questions only if you are receiving any vaccinations listed above.

12. Do you have a condition that may weaken your immune system (e.g., cancer, leukemia, lymphoma, HIV/AIDS, transplant)? — ☐ Yes ☑ No ☐ Don't know
13. Are you currently on home infusions, weekly injections such as Humira® (adalimumab), Remicade® (infliximab) or Enbrel® (etanercept), high-dose methotrexate, azathioprine or 6-mercaptopurine, antivirals, anticancer drugs or radiation treatments? — ☐ Yes ☑ No ☐ Don't know
14. Are you currently taking high-dose steroid therapy (prednisone > 20mg/day or equivalent) for longer than 2 weeks? — ☐ Yes ☑ No ☐ Don't know
15. Have you received a transfusion of blood or blood products or been given a medication called immune (gamma) globulin in the past year? — ☐ Yes ☑ No ☐ Don't know
16. Do you have a history of thymus disease (including myasthenia gravis, DiGeorge syndrome or thymoma), or had your thymus removed? (yellow fever only) — ☐ Yes ☑ No ☐ Don't know
17. Do you have a history of thrombocytopenia or thrombocytopenic purpura? (MMR only) — ☐ Yes ☑ No ☐ Don't know
18. Have you consumed any food or drink in the last hour? (Vaxchora® only) — ☐ Yes ☑ No ☐ Don't know
19. Have you taken antibiotics in the last 14 days or antimalarials in the last 10 days? (Vaxchora® only) — ☐ Yes ☑ No ☐ Don't know

### SECTION C

I certify that I am: (a) the patient and at least 18 years of age; (b) the legal guardian of the patient; or (c) a person authorized to consent on behalf of the patient where the patient is not otherwise competent or unable to consent for themselves. Further, I hereby give my consent to Walgreens or Duane Reade and the licensed healthcare professional administering the vaccine, as applicable (each an "applicable Provider"), to administer the vaccine(s) I have requested above. I understand that it is not possible to predict all possible side effects or complications associated with receiving vaccine(s). I understand the risks and benefits associated with the above vaccine(s) and have received, read and/or had explained to me the EUA Fact Sheet on the vaccine(s) I have elected to receive. I also acknowledge that I have had a chance to ask questions and that such questions were answered to my satisfaction. Further, I acknowledge that I have been advised that the patient should remain near the vaccination location for observation for approximately 15 minutes after administration. On behalf of the patient, the patient's heirs and personal representatives, I hereby release and hold harmless each applicable Provider, its staff, agents, successors, divisions, affiliates, subsidiaries, officers, directors, contractors and employees from any and all liabilities or claims whether known or unknown arising out of, in connection with, or in any way related to the administration of the vaccine(s) listed above. I acknowledge that: (a) I understand the purposes/benefits of my state's vaccination registry ("State Registry") and my state's health information exchange ("State HIE"); and (b) the applicable Provider may disclose my vaccination information to the State Registry, to the State HIE, or through the State HIE to the State Registry, or to any state or federal governmental agencies or authorities ("Government Agencies"), such as state, county, or local Departments of Health or the federal Department of Health and Human Services, the Centers for Disease Control and Prevention, or their respective designees as may be required by law, for purposes of public health reporting, or to my healthcare providers enrolled in the State Registry and/or State HIE for purposes of care coordination. I acknowledge that, depending upon my state's law, I may prevent, by using a state approved opt-out form or, as permitted by my state law, an opt-out form ("Opt-Out Form") furnished by the applicable Provider: (a) the disclosure of my vaccination information by the applicable Provider to the State HIE and/or State Registry; or (b) the State HIE and/or State Registry from sharing my vaccination information with any of my other healthcare providers enrolled in the State Registry and/or State HIE. The applicable Provider will, if my state permits, provide me with an Opt-Out Form. I understand that, depending on my state's law, I may need to specifically consent, and, to the extent required by my state's law, by signing below, I hereby do consent to the applicable Provider reporting my vaccination information to the Government Agencies, State HIE or through the State HIE and/or State Registry to the entities and for the purposes described in this Informed Consent form. Unless I provide the applicable Provider with a signed Opt-Out Form, I understand that my consent will remain in effect until I withdraw my permission and that I may withdraw my consent by providing a completed Opt-Out Form to the applicable Provider and/or my State HIE, as applicable. I understand that even if I do not consent or if I withdraw my consent, my state's laws or federal law may permit certain disclosures of my vaccination information to or through the State HIE or to Government Agencies as required or permitted by law. I further authorize the applicable Provider to: (a) release my medical or other information, including any communicable disease (including HIV) and mental health information, to, or through, the State HIE or Government Agencies to my healthcare professionals, Medicare, Medicaid, or other third party payer as necessary to effectuate care or payment; (b) submit a claim to my insurer for the above requested items and services, and (c) request payment of authorized benefits be made on my behalf to the applicable Provider with respect to the above requested items and services. I further agree to be fully financially responsible for any cost-sharing amounts, including copays, coinsurance and deductibles, for the requested items and services, as well as for any requested items and services not covered by my insurance benefits. I understand that any payment for which I am financially responsible is due at the time of service or, if the applicable Provider invoices me after the time of service, upon receipt of such invoice. Walgreens or its affiliates may contact you, including by autodialed and prerecorded calls and texts, at any time, using the contact information provided in your patient record regarding health and safety matters, such as vaccine reminders.

Patient signature: _[signed]_       Date: 7-27-2021

Parent or guardian, if minor

©2021 Walgreen Co. All rights reserved. | 1570178-0831T Rev. 022321

## SECTION D

### INSURANCE PATIENT OR AUTHORIZED PERSON TO COMPLETE

Please ensure to record BOTH pharmacy AND medical insurance information since there are multiple ways vaccinations can be billed at Walgreens.

|  | Pharmacy card | Medical card | Medicare | Medicare Part B |
|---|---|---|---|---|
| Insurance Plan/Plan ID |  |  | Medicare number:* |  |
| Member/Recipient ID # |  |  | Last 4 digits of SSN:† |  |
| Rx BIN |  |  | *Number on the red, white and blue Medicare card |  |
| Rx PCN |  | N/A | †For insurance confirmation purposes only. |  |
| Group Number |  | N/A |  |  |

Are you the cardholder? ☐ Yes ☐ No
If no, please provide cardholder's name, date of birth (MM/DD/YYY) and relationship:

**COVID-19 VACCINATION ONLY**

If uninsured: I attest that I do not have any medical or pharmacy insurance.   ☐ Yes

Drivers license/State ID number* (circle one) _____   Issuing state: _____
*For verification and coverage                                      Initial here: _____

Healthcare provider only: Individual refused to provide insurance information when I attempted to obtain the insurance information from the individual.   ☐ Yes

## SECTION E

### HEALTHCARE PROVIDER ONLY

Complete **BEFORE** vaccine administration

1. I have reviewed the **Patient Information and Screening Questions**.
2. I have verified that this is the vaccine requested by the patient.   Initial here: _____
3. This vaccine is appropriate for this patient based on the Age Guidelines provided by federal and/or state regulations and company policies.   Initial here: _____
   3a. Does this patient have a high-risk medical condition?   Initial here: _____
   If yes, please list medical condition(s): _____
4. I have discussed with the patient additional immunizations the patient may be eligible for based on age and/or health conditions   ☐ Yes ☐ No
5. The Vaccine NDC matches the NDC on the bottom of this VAR form and the NDC on the patient leaflet. (Perform 3-way NDC match.)   Initial here: _____
6. I have verified the Expiration Date is greater than today's date and have entered the Lot # and Expiration Date in the field below.   Initial here: _____
7. I have made every attempt to obtain and confirm patient insurance information   Initial here: _____

For COVID-19, Shingrix®, MMR® II, Varivax®, YF-Vax®, Menveo®, Imovax®, Vaxchora® and RabAvert®, ensure the vaccine is reconstituted following the package insert's instructions.   Initial here: _____

## SECTION F

Complete **DURING** the patient interaction

1. I have asked the patient to confirm their **Name, DOB and Requested Vaccine** and verified it matches the information on the VAR form.   Initial here: _____
2. I have reviewed the **Screening Questions** with the patient.   Initial here: _____
3. I have reviewed the **VIS/Patient Fact Sheet** with the patient.   Initial here: _____

## SECTION G

Complete **AFTER** vaccine administration

| Vaccine | NDC | Manufacturer | Dosage | Dose # (if applicable) | Site of Administration | Vaccine Lot # | Vaccine Expiration | Diluent Lot # (if applicable) | Diluent Expiration (if applicable) | VIS/Patient Fact Sheet Published Date |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |

Clinician's name (print): _____   Clinician signature: _____   Title: _____
If applicable, intern/tech name (print): _____   Administration date: _____
Date EUA Fact Sheet/VIS given to patient: _____

### Notes

_____

### Reminder

1. Update the patient's record with any new allergy, health condition or primary care provider information.
2. Enter vaccine lot #, expiration date and site of administration, then scan the VAR form into the patient's record.

©2021 Walgreen Co. All rights reserved. | 1570176-1631 | Rev. 022321




**Walgreens**   7/27/21
To: barre230@aol.com

# Your vaccination record is available on our app.

View-on-web

**Walgreens**

# Hi Alfredo,
# Your vaccination record is available on our app.

Secure your vaccination record and get details like manufacturer, type & date for your medical history. View or download today!

# Prescription Details



## IMMUNIZATION:Covid19 Vaccine (Pfizer) Mdv

Drug information

**Last Filled Price: $0.00**

Last filled: Jul 27, 2021

Quantity: 0.3

Refills left: Refill Not Available

## Past orders

Jul 27, 2021

**Price: $0.00**
Rx #: 0831551-11481
Quantity: 0.3
Prescriber: DAVIS
Insurance: C19IMUNI

# COVID-19 Vaccination Record Card

Please keep this record card, which includes medical information about the vaccines you have received.

Por favor, guarde esta tarjeta de registro, que incluye información médica sobre las vacunas que ha recibido.

Last Name: **Barrera, Alfredo**   First Name: _____   MI: ___

Date of birth: **09/30/1959**

| Vaccine | Product Name/Manufacturer Lot Number | Date | Healthcare Professional or Clinic Site |
|---|---|---|---|
| 1st Dose COVID-19 | COVID-19 / Pfizer EN0196 | 1/27/21 | Walgreens 11481 |
| 2nd Dose COVID-19 | | mm/dd/yy | |
| Other | | mm/dd/yy | |
| Other | | mm/dd/yy | |

Patient number (medical record or IIS record number): _____

